

WWW.RIVKINRADLER.COM

**MICHAEL P. VERSICHELLI**
PARTNER
(516) 357-3431
michael.versichelli@rivkin.com

June 9, 2010

**By ECF**
Honorable Frederic Block
United States Senior District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **Schepp, et al. v. AIU Insurance Company, et al.**
               **Docket No.: 1:08-CV-01914(FB)(SMG)**

Dear Judge Block:

I write to advise the Court that the California District Court has approved the settlement agreement between State Farm, the MCC Defendants and the Schepp Defendants. Enclosed please find a fully executed stipulation of dismissal with respect to this action. We would request that the Court so-order the stipulation at Your Honor's convenience.

The Court's attention to this request is greatly appreciated.

                                              Respectfully submitted,

                                              RIVKIN RADLER LLP

                                              *Michael P. Versichelli*

                                              Michael P. Versichelli

MPV:gb

    cc:    All Counsel of Record (via ECF)